Diane B. Carey, Esq.
LAW OFFICES OF DIANE B. CAREY
3010 Wilshire Boulevard, Suite 428
Los Angeles, CA 90010

Telephone: 323 719-8965

Attorney for the Debtor.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>NORTH AMERICA REAL ESTATE MATER FUND, LLC,<br><br>Debtor. | Case No. 2:10-bk-54405-VK<br><br>Chapter 11<br><br>**DECLARATION OF PAROU BANYAN IN SUPPORT OF ANTICIPATED PLAN OF REORGANIZATION** |

I, Parou Banyan, declare:

1.    I am the Managing Partner of North America Real Estate Mater Fund, LLC (the "Debtor"). I make this Declaration in support of the Debtor's voluntary chapter 11 petition which was filed with this Court on October 15, 2010. Each of the facts contained in this declaration are based on my personal knowledge, and if called as a witness I could and would competently testify thereto.

///

///

///

2.   The Petition was filed as a result of a last minute failure of anticipated financing to pay off certain debts including the tax liens (the "Tax Liens") on real property owned by Debtor. I had anticipated the such financing would be made available to the Debtor prior to sale of such property by the County Tax Assessor.

3.   I am in the process of obtaining alternative financing. I anticipate that I will be able to obtain such financing on an expedited basis. I believe that such financing will allow the Debtor to file a plan of reorganization providing for the payment of the Tax Liens and the other creditors.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of October 2010, at Los Angeles, California.

_____
Parou Banyan